IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS LOCAL UNION NO. 1 )<br>PENSION TRUST )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>EDWARD J. WILKINSON CO., INC. )<br>)<br>    Defendant ) | Civil Action No. 07-145 GMS |

## ORDER TO ANSWER

WHEREAS, on March 13, 2007, the plaintiff filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on April 5, 2007, the plaintiff filed an Amended Complaint against the above-captioned defendant (D.I. 3);

WHEREAS, on April 9, 2007, a return of service executed as to the defendant was filed with the court (D.I. 4);

WHEREAS, the defendant's answer to the Complaint was due on April 25, 2007;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant.

IT IS HEREBY ORDERED that:

The defendant will answer or otherwise respond within five (5) days of the date of this Order.

_____
UNITED STATES DISTRICT JUDGE

May ___1___, 2007

FILED
MAY - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE