IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS LOCAL UNION ) <br> NO. 1 PENSION TRUST, et al. ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> EDWARD J. WILKINSON CO., INC. ) <br> ) <br> Defendant. ) | Civil Action No. 07-145 GMS |

### ORDER

WHEREAS, on March 13, 2007, the plaintiffs filed a Complaint against the above-captioned defendant (D.I. 1);

WHEREAS, on April 9, 2007, a return of service executed as to the defendant was filed with the court (D.I. 4);

WHEREAS, the defendant's answer to the Complaint was due on April 25, 2007;

WHEREAS, on May 2, 2007, the court entered an Order directing the defendant to answer or otherwise respond to the Complaint within five (5) days of the date of the Order (D.I. 6);

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

The Clerk of Court will enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the defendant Edward J. Wilkinson Co., Inc.

_____
UNITED STATES DISTRICT JUDGE

June ___7___, 2007