IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRICKLAYERS LOCAL UNION NO. 1 PENSION TRUST, et al. | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | Civil Action No. 06-640 GMS |
| EDWARD J. WILKINSON CO., INC. | ) ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the defendant on April 9, 2007, and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: June 7, 2007

/s/
By: Marie McDavid, Deputy Clerk