IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFT : <br>    UNION LOCAL NO. 1 OF DE/PA : <br>    WELFARE FUND, et al. : <br> : <br>                      Plaintiffs, : <br> : <br> v. : <br> : <br> EDWARD WILKINSON CO., INC. : <br> : <br>                      Defendant. : | Civil Action No. <br> 07- 145 (GMS) |

## STATUS REPORT

1.      On Mary 1, 2007, Plaintiff filed with the Clerk of the Court a Request to Enter Default against Defendant pursuant to Federal Rule of Civil Procedure 55(a).

2.      Default was subsequently entered on June 7, 2007.

3.      Plaintiff filed a Motion for Entry of Judgment by Default on October 29, 2007. The defendant has not filed a response to the Motion within the time limits established by the Rules of the Court.

4.      Plaintiff's Motion for Entry of Judgment by Default remains pending before the Court.

                                                FERRY, JOSEPH & PEARCE, P.A.

                              BY:    <u>./s/Rick S. Miller</u>
                                                RICK S. MILLER, ESQUIRE
                                                BAR IDENTIFICATION NO. 3418
                                                824 Market Street, Suite 904
                                                P.O. Box 1351
                                                Wilmington, Delaware 19899
                                                (302) 575-1555
                                                Attorney for Plaintiffs

Dated: March 27, 2008

172769-1

OF COUNSEL:

JENNIFER L. HOPE, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0617

194629-1

**CERTIFICATE OF SERVICE**

      I, RICK MILLER, ESQUIRE, state under penalty of perjury that the foregoing Status Report was served by mailing same first class mail, postage pre-paid on the date below addressed to:

EDWARD WILKINSON CO., INC.
90 Blue Hen Drive
Newark, DE 19713

                           /s/Rick S. Miller
                           RICK MILLER, ESQUIRE (#3418)

Date: March 27, 2008

194629-1