IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRICKLAYERS LOCAL UNION ) | | |
| NO. 1 PENSION TRUST, *et al*., ) | | |
|   ) | | |
| Plaintiffs, ) | | |
|   ) | | |
| v. ) | Civil Action No. 07-145 GMS | |
|   ) | | |
| EDWARD J. WILKINSON CO., INC. ) | | |
|   ) | | |
| Defendant. ) | | |

## **ORDER**

At Wilmington this 27th day of March, 2008,

This matter is scheduled for a hearing on default on Tuesday, April 15, 2008, at 2:00 p.m. At that time, the court will conduct an inquiry on the issue of damages to ensure that there is a reasonable basis for same. Accordingly, the plaintiffs shall be prepared to present evidence of damages at the hearing on default set for April 15, 2008.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　/s/ Gregory M. Sleet
　　　　　　　　　　　　　　　　　　　　CHIEF, UNITED STATES DISTRICT JUDGE