IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTS UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>EDWARD WILKINSON CO., INC.<br><br>Defendant | :<br>:<br>:<br>: Civil Action No. 07- 145 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF SERVICE

The undersigned hereby declares, subject to penalty of perjury, that a copy of the Court's Order dated March 27, 2008 (D.I. 12) was served on March 28, 2008, by first class mail, postage prepaid, to Edward J. Wilkinson Co., Inc., 90 Blue Hen Drive, Newark, DE 19713.

                          FERRY, JOSEPH & PEARCE, P.A.

                          By: /s/ Rick S. Miller
                              RICK S. MILLER (#3418)
                              Ferry, Joseph & Pearce, P.A.
                              824 Market St., Suite 904
                              P.O. Box 1351
                              Wilmington, DE 19899
                              (302) 575-1555

Date: March 28, 2008

OF COUNSEL:
Jennifer L. Hope, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0611/0669

declaration of service