IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFT UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al. | : : : : |
| Plaintiffs, | : CIVIL ACTION NO. : 07- 145 (GMS) : |
| v. | : : |
| EDWARD WILKINSON CO., INC. | : : |
| Defendant. | : |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jennifer L. Hope to represent Plaintiffs, Bricklayers and Allied Craft Union Local No. 1 of DE/PA Welfare Fund, et al., in this matter.

Respectfully submitted,

FERRY & JOSEPH, P.A.

BY: _____
RICK S. MILLER, ESQUIRE
BAR IDENTIFICATION NO. 3418
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(302) 575-1555
Attorney for Plaintiffs

Dated: 4/8/2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

DATE: _____   BY: _____
**Gregory M. Sleet              J.**
**United States District Court**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFT UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD WILKINSON CO., INC.<br><br>Defendant. | CIVIL ACTION NO.<br>07- 145 (GMS) |

### CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court. I am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.

I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 4/4/08

By: _____
JENNIFER L. HOPE, ESQUIRE
JENNINGS SIGMOND, P.C.
Penn Mutual Towers 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683
Phone: (215) 351-0617
Fax: (215) 922-3524
jhope@jslex.com
Attorneys for Plaintiff