IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRICKLAYERS AND ALLIED CRAFT UNION NO. 1 OF DE/PA WELFARE FUND, et al. | : : : : | |
| Plaintiffs, | : : | Civil Action No. 07- 145 (GMS) |
| v. | : : : | |
| EDWARD WILKINSON CO., INC. | : : | |
| Defendant. | : | |

## CERTIFICATION OF COUNSEL

1. On April 15, 2008, the Court held a hearing with respect to the Plaintiffs' Motion for Entry of Judgment by Default. At the conclusion of the hearing the Court directed that the plaintiffs submit a revised proposed form of order reflecting the amounts due as of the date of the hearing.

2. Attached hereto as Exhibit "A" is a proposed form of order reflecting the amounts currently due to the plaintiffs from the defendant.

3. Attached hereto as Exhibit "B" is the Declaration of Jennifer L. Hope, Esquire supporting the amount of attorneys fees set forth in the proposed form of order.

WHEREFORE the plaintiffs respectfully request that the Court enter the proposed form of order as the judgment of the Court.

172769-1

                                            FERRY, JOSEPH & PEARCE, P.A.

BY:    ./s/Rick S. Miller
         RICK S. MILLER, ESQUIRE
         BAR IDENTIFICATION NO. 3418
         824 Market Street, Suite 904
         P.O. Box 1351
         Wilmington, Delaware 19899
         (302) 575-1555
         Attorney for Plaintiffs

Dated: April 17, 2008

OF COUNSEL:

JENNIFER L. HOPE, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0617

194629-1

**CERTIFICATE OF SERVICE**

I, RICK MILLER, ESQUIRE, state under penalty of perjury that the foregoing Certification of Counsel was served by mailing same first class mail, postage pre-paid on the date below addressed to:

EDWARD WILKINSON CO., INC.
90 Blue Hen Drive
Newark, DE  19713


/s/Rick S. Miller
RICK MILLER, ESQUIRE (#3418)

Date:  April 17, 2008

194629-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTS UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al.<br><br>            Plaintiffs,<br><br>v.<br><br>EDWARD WILKINSON CO., INC.<br><br>            Defendant. | :<br>:<br>:<br>: Civil Action No. 07- 145 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER AND JUDGMENT BY DEFAULT AGAINST DEFENDANT,
EDWARD WILKINSON CO., INC.**

Upon consideration of the Amended Complaint and Motion for Entry of Judgment by Default of the Plaintiffs, the Bricklayers And Allied Crafts Union Local No. 1 of DE/PA Welfare Fund ("Welfare Fund"), the Bricklayers Local Union No. 1 Pension Trust ("Pension Fund") and the Bricklayers And Allied Crafts Union Local No. 1 of DE/PA Annuity Fund ("Annuity Fund" and together with Welfare Fund and Pension Fund, "Funds" or "Plaintiffs"), it appears to the Court that Defendant, Edward Wilkinson Co., Inc. ("Company" or "Defendant") was served with process on April 4, 2007 and has inexcusably, knowingly and willfully failed to appear, plead or otherwise defend, and the default against said Defendant having been entered, it is:

ORDERED, that Plaintiffs' Motion shall be and hereby is granted; and it is further

ORDERED, that pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and ERISA, as amended, 29 U.S.C. § 1132(g)(2), final judgment shall be and hereby is entered for Plaintiffs and against Defendant, in the amount of $288,202.98 which includes the following:

    1.    Contributions in the amount of $195,713.66 for the periods of January 2006 through December 2006, and February through July 2007.

195136-1

    2.    Interest on the unpaid contributions and contributions paid past the due date through April 15, 2008 in the amount of $42,025.59;

    3.    Liquidated damages in the amount of $32,524.67;

    4.    Pay stub shortages in the amount of $7,072.73 and

    5.    Attorneys' fees and costs in the amount of $10,866.33 through April 15, 2008.

ORDERED that Company shall, within fifteen (15) days from the entry of this Order, submit to the Administrator of the Funds any and all overdue remittance reports addressed to: David Puchalski, GEM Group, Brandywine Corporate Center, 650 Naamans Road, Suite 303, Claymont, DE 19703. Company, its owners, officers, agents, servant, attorneys, and all persons acting on their behalf or in conjunction with them shall be and hereby are restrained and enjoined from refusing to file complete, proper and timely remittance reports with accompanying benefit contributions for all periods for which Company is obligated to do so under the collective bargaining agreement(s).

ORDERED that the Funds shall have the right to conduct an audit of books and records for all relevant periods (i.e., the period of time in which Company is obligated to make fringe benefit contributions to the Funds). Within fifteen (15) days from the date of this Order shall submit to an audit by contacting David Puchalski, GEM Group, Brandywine Corporate Center, 650 Naamans Road, Suite 303, Claymont, DE 19703, to make arrangements for the audit. Company, its owners, officers, agents, servants, employees and all persons acting on Company's behalf or in conjunction with Company, shall be and are hereby restrained and enjoined from failing and refusing to submit to this audit and any future audits and shall produce all books and records requested by the auditor and/or the Trustees of the Funds, including, but not limited to, payroll, wage, general ledger and cash disbursement records, compensation insurance audits, and

195136-1

any other pertinent records deemed necessary for the purpose of ascertaining and/or verifying payments and/or liabilities to the Funds. Company shall pay to the Funds the cost of the audit together with any additional amounts found owing, plus such other amounts as set forth in the collective bargaining agreement, the trust agreements, ERISA and applicable law.

ORDERED that if further action by Plaintiff to enforce this judgment is required, Plaintiff may apply to this Court or to the Court in which enforcement is sought for further reasonable attorneys' fees and costs in addition to those set out in ¶ 5 above. See, Trucking Employees of North Jersey Welfare Fund, Inc. v. Bellezza Co., 57 Fed. Appx. 972 (3d Cir. 2003); Free v. Briody, 793 F.2d 807 (7th Cir. 1986); Sheet Metal Workers Health and Welfare Trust Fund v. Big D Service Co., 867 F.2d 852 (10th Cir. 1989).

ORDERED that if the unpaid contributions set out in ¶ 1 above are not paid in full by October 31, 2007, Plaintiff may apply to this Court or to the Court in which enforcement is sought for interest on the unpaid contributions which shall accrue under 29 U.S.C. § 1132(g)(2)(C)(i) and 26 U.S.C. § 6621 from April 15, 2008 until the date they are paid.

ORDERED that if Company fails to comply with any of the terms of this Order, Plaintiffs may, in addition to pursuing the remedies provided under Federal Rule of Civil Procedure 69, reopen this case upon motion to this Court and notice to Company, and may at that time ask for further appropriate monetary and/or injunctive relief.

DATE: _____        BY: _____
                                  **J. Gregory M. Sleet**
                                  **United States District Court**

195136-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTS UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al.<br><br>　　　　　Plaintiffs<br><br>v.<br><br>EDWARD WILKINSON CO., INC.<br><br>　　　　　Defendant | Civil Action No. 07- 145 (GMS) |

### DECLARATION OF JENNIFER L. HOPE, ESQUIRE

Jennifer L. Hope, Esquire, states under penalty of perjury that the following is true and correct.

1. I am employed as an associate with the law firm of Jennings Sigmond, P.C and I and I presently serve as counsel to the Plaintiffs in this matter.

2. Attached to this Declaration as Exhibit 1 is a computerized billing list showing all work performed by the offices of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through March 31, 2008. The computerized listing is prepared from contemporaneous attorney time and expense records, the originals of which are maintained in the regular business records of Jennings Sigmond, P.C.

The identities of those persons performing services connected with this matter are as follows:

| INITIALS | NAME | TITLE |
|---|---|---|
| JLT | Jessica L. Tortella | Attorney |
| JLH | Jennifer L. Hope | Attorney |
| SMC | Shanna M. Cramer | Attorney |
| CTM | Catherine T. Morton | Paralegal |
| PL | Philip Lozano | Attorney |
| EAC | Elizabeth A. Coleman | Attorney |

3.  Attached to the Motion as Exhibit 2 is a supplemental list showing all work performed by the offices of Jennings Sigmond, P.C. and related costs in connection with the collection of the contributions at issue in this action through April 15, 2008.

3.  Based upon my review of Exhibit 1 and 2, the Funds have incurred $10,866.33, in attorneys' fees and costs.

> Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>April 16, 2008</u>

_____
JENNIFER L. HOPE, ESQUIRE

Report ID: OT2025 - 17030  
Monday, April 14, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT  
Page 1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| BRKD10 | Bricklayers Local 1 - Delq. | 28699 | Edward J. Wilkinson Co., Inc. | Sigmond, Richard B. |

### Unbilled Time

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 3/3/2008 | JLH | 0.30 | 0.30 | 250.00 | $75.00 | | | Check Docket<br>Phone Conference with Company regarding Settlement<br>Review and Revision of Litigation Status Report |
| 3/26/2008 | JLH | 0.60 | 0.60 | 250.00 | $150.00 | | | Check Docket<br>Office Conference with Attorney regarding Default Judgment<br>Preparation of Status Report to Court<br>Preparation of Correspondence to Local Counsel regarding Filing of Status Report |
| 3/26/2008 | SMC | 0.20 | 0.20 | 250.00 | $50.00 | | | Office Conference regarding Status Request |
| 3/27/2008 | JLH | 0.20 | 0.20 | 250.00 | $50.00 | | | Review of Docket<br>Review of Correspondence from Local Counsel<br>Memo to File |
| 3/28/2008 | JLH | 1.50 | 1.50 | 250.00 | $375.00 | | | Review of Correspondence from Local Counsel regarding Order<br>Review of Order Scheduling Hearing on Damages<br>Preparation of Pro Hac Motion<br>Phone Conference with Tim Shelton<br>Preparation of Correspondence to Client regarding Hearing<br>Memo to File |
| 3/31/2008 | JLH | 1.30 | 1.30 | 250.00 | $325.00 | | | Review of Delaware Rules<br>Review of File |

**Unbilled Time Totals** 4.10  4.10   $1,025.00

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 4/3/2008 | $25.00 | 7100 | Fee for Pro Hac Vice Admission in Delaware |

**Unbilled Expenses Totals** $25.00

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/18/2007 | JLT | 0.20 | 0.20 | 230.00 | $46.00 | | | Office Conference with Attorney R. Sigmond<br>Phone Conference with D. Puchalski |
| 1/29/2007 | JLT | 0.80 | 0.80 | 230.00 | $184.00 | | | Preparation of Correspondence to V. Ledgerwood<br>Review of Documents |
| 1/30/2007 | JLT | 0.90 | 0.90 | 230.00 | $207.00 | | | Review of File<br>Memo to File<br>Computer Research Regarding Dunn & Bradstreet |

Report ID: OT2025 - 17030
Monday, April 14, 2008

Printed By MHT
Page 2

# Jennings Sigmond, P.C.
## Time And Expense Details
Beginning To End

**Billed Time**

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 2/6/2007 | JLT | 1.90 | 1.90 | 230.00 | $437.00 | | | Review of File |
| | | | | | | | | Preparation of Complaint |
| 2/14/2007 | JLT | 0.60 | 0.60 | 230.00 | $138.00 | | | Preparation of Memo to Client |
| 2/15/2007 | CTM | 0.40 | 0.40 | 90.00 | $36.00 | | | Computer Research Regarding Company Status |
| 2/19/2007 | JLT | 0.30 | 0.30 | 230.00 | $69.00 | | | Review and Revision of Complaint |
| 3/12/2007 | JLT | 0.60 | 0.60 | 230.00 | $138.00 | | | Computer Research for Corporate Documents regarding E. Wilkinson Company |
| | | | | | | | | Preparation of Correspondence to T. Snyder |
| 3/13/2007 | JLT | 0.80 | 0.80 | 230.00 | $184.00 | | | Preparation of Correspondence to J. Miller |
| | | | | | | | | Review of Correspondence from R. Miller |
| | | | | | | | | Phone Conference with R. Miller (x3) |
| | | | | | | | | Preparation of Correspondence to R. Miller (x3) |
| | | | | | | | | Review of Correspondence from R. Miller (x5) |
| 3/14/2007 | JLT | 0.90 | 0.90 | 230.00 | $207.00 | | | Preparation of Correspondence to R. Miller (x5) |
| | | | | | | | | Phone Conference with D. Puchalski |
| | | | | | | | | Review of Correspondence from V. Ledgerwood |
| | | | | | | | | Preparation of Correspondence to V. Ledgerwood |
| | | | | | | | | Review of Correspondence from D. Puchalski |
| 4/4/2007 | JLT | 1.10 | 1.10 | 250.00 | $275.00 | | | Phone Conference with J. Miller (x5) |
| | | | | | | | | Review of Trust Documents |
| | | | | | | | | Preparation of Amended Complaint |
| | | | | | | | | Preparation of Correspondence to D. Puchalski |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 05/07/2007 | Current Period | 04/04/2007 | 5 | 2007 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/5/2007 | JLT | 0.30 | 0.30 | 250.00 | $75.00 | Review of Correspondence from D. Puchalski |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 05/07/2007 | Current Period | 04/05/2007 | 5 | 2007 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/9/2007 | JLT | 0.30 | 0.30 | 250.00 | $75.00 | Review of Delinquency Update |
| | | | | | | Review of Correspondence from V. Ledgerwood |
| | | | | | | Preparation of Correspondence to V. Ledgerwood |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 05/07/2007 | Current Period | 04/09/2007 | 5 | 2007 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 4/13/2007 | JLT | 0.50 | 0.50 | 250.00 | $125.00 | Review of Correspondence from R. Miller |
| | | | | | | Memo to File |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 05/07/2007 | Current Period | 04/13/2007 | 5 | 2007 |

Review of Bill from Local Counsel
Preparation of Letter to S. Emsberger

Report ID: OT2025 - 17030
Monday, April 14, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT
Page 3

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 4/30/2007 | JLT | 0.60 | 0.60 | 250.00 | $150.00 | | Preparation of Correspondence to R. Miller (x4) Review of Correspondence from R. Miller (x4) Review of Docket |
| 5/1/2007 | JLT | 0.50 | 0.50 | 250.00 | $125.00 | | Review of Statement of Employer Status Memo to File |
| 6/15/2007 | EAC | 0.10 | 0.10 | 250.00 | $25.00 | | Preparation of Motion for Default Judgment |
| 8/22/2007 | EAC | 3.60 | 3.60 | 250.00 | $900.00 | | Preparation of Correspondence to V. Ledgerwood Review of E-Mail from V. Ledgerwood (2x) Preparation of Correspondence to V. Ledgerwood |
| 8/3/2007 | EAC | 0.30 | 0.30 | 250.00 | $75.00 | | Preparation of Correspondence to Local Counsel regarding Local Counsel Invoice Phone Conference with Local Counsel Office regarding Invoice |
| 8/7/2007 | EAC | 0.10 | 0.10 | 250.00 | $25.00 | | Review of E-Mail from V. Ledgerwood |
| 8/8/2007 | EAC | 0.40 | 0.40 | 250.00 | $100.00 | | Preparation of Correspondence to V. Ledgerwood Review of Delinquency Report |
| 8/10/2007 | EAC | 0.80 | 0.80 | 250.00 | $200.00 | | Preparation of Litigation Status Report Pacer |
| 8/13/2007 | EAC | 0.10 | 0.10 | 250.00 | $25.00 | | Review of Correspondence from V. Ledgerwood |
| 9/12/2007 | PL | 0.30 | 0.30 | 230.00 | $69.00 | | Preparation of Motion for Default Judgment Office Conference Regarding 55(b) |
| 9/13/2007 | PL | 1.20 | 1.20 | 230.00 | $276.00 | | Preparation of Exhibits Regarding Motion for Default Judgment Review of Documents Regarding Same |
| 9/14/2007 | PL | 2.50 | 2.50 | 230.00 | $575.00 | | Preparation of Order Preparation of Exhibits Regarding Motion for Default Judgment Preparation of 55(b) Motion Review of Delinquency Report Correspondence Exchange with V. Ledgerwood Regarding Same Office Conference with Attorney E. Coleman |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 05/07/2007 | Current Period | 04/30/2007 | 5 | 2007 |
| 09/30/2007 | Current Period | 09/14/2007 | 9 | 2007 |

| 9/14/2007 | EAC | 1.50 | 1.50 | 250.00 | $375.00 | | Conference with Attorney P. Lozano Review of Puchalski Affidavit Review of Motion for Default Judgment Preparation of Correspondence to V. Ledgerwood |



Report ID: OT2025 - 17030
Monday, April 14, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT
Page 4

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 9/17/2007 | EAC | 0.20 | 0.20 | 250.00 | $50.00 | | Review of Correspondence from V. Ledgerwood |
| 9/17/2007 | PL | 0.40 | 0.40 | 230.00 | $92.00 | | Preparation of Correspondence to V. Ledgerwood Preparation of Correspondence to Attorney P. Lozano |
| 9/19/2007 | EAC | 0.10 | 0.10 | 250.00 | $25.00 | | Phone Conference with Client Regarding Signature Page of CBA Review of Correspondence Exchange with V. Ledgerwood |
| 9/24/2007 | EAC | 0.10 | 0.10 | 250.00 | $25.00 | | Review of Correspondence from V. Ledgerwood Preparation of Correspondence to V. Ledgerwood Conference with Attorney P. Lozano |
| 10/17/2007 | JLH | 1.50 | 1.50 | 250.00 | $375.00 | | Memo to File Review of File Review and Revision of Default Motion |
| 10/18/2007 | JLH | 1.50 | 0.00 | 0.00 | $0.00 | | Review and Revision of Default Motion Letter to Client |
| 10/23/2007 | JLH | 1.20 | 0.00 | 0.00 | $0.00 | | Memo to File Review and Revision of 55(b) (Declarations) Preparation of Correspondence to D. Puchalski |
| 10/24/2007 | JLH | 1.20 | 1.20 | 250.00 | $300.00 | | Review and Revision of Motion Prepare Exhibits |
| 10/24/2007 | EAC | 1.20 | 1.20 | 250.00 | $300.00 | | Preparation of Correspondence to Attorney R. Miller, Local Counsel Review of Motion for Default Judgment Conference with Attorney J. Hope |
| 10/25/2007 | JLH | 0.40 | 0.40 | 250.00 | $100.00 | | Preparation of Correspondence to D. Puchalski Preparation of Exhibits (55(b)) |
| 10/26/2007 | JLH | 0.60 | 0.60 | 250.00 | $150.00 | | Preparation of Exhibits |
| 11/6/2007 | JLH | 0.10 | 0.10 | 250.00 | $25.00 | | Letter to Client regarding Local Consel Billing |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 11/30/2007 | Current Period | 11/06/2007 | 11 | 2007 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 11/19/2007 | JLH | 0.10 | 0.10 | 250.00 | $25.00 | | Printed All Pleadings for File |
| 12/3/2007 | JLH | 0.10 | 0.10 | 250.00 | $25.00 | | Review Contribution Report |
| 12/18/2007 | JLH | 0.20 | 0.20 | 250.00 | $50.00 | | Local Counsel Billing |
| 1/14/2008 | JLH | 1.80 | 1.80 | 250.00 | $450.00 | | Preparation of Correspondence to Scott Ernsberger Conference with Attorney R. Sigmond; Review Docket; Re-Calculate Damages; Preparation of Settlement Sheets/Calculator; Preparation of Correspondence for V. Ledgerwood |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 01/31/2008 | Current Period | 01/14/2008 | 1 | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 1/15/2008 | JLH | 0.20 | 0.20 | 250.00 | $50.00 | | Review of Correspondence from V. Ledgewood (2x); Preparation of Correspondence for V. Ledgwood (2x) |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 01/31/2008 | Current Period | 01/15/2008 | 1 | 2008 |

Report ID: OT2025 - 17030  
Monday, April 14, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT  
Page 5

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/18/2008 | JLH | 1.60 | 1.60 | 250.00 | $400.00 | | | Wilkerson - Review of Correspondence from V. Ledgewood RE: Updated Delinquencies; Memo to File ; Preparation of Correspondence . re: Discrepancy in delinquencies |

| Post Date | Status | | Entry Date | | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 01/31/2008 | Current Period | | 01/18/2008 | | 1 | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/21/2008 | JLH | 0.50 | 0.50 | 250.00 | $125.00 | | | Preparation of Correspondence for Attorney R. Sigmond RE: Settlement Figures; Review of Correspondence from Attorney R. Sigmond Calculate Settlement Payments; Conference with Attorney P. Lozano; re Calculations of Interst |

| Post Date | Status | | Entry Date | | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 01/31/2008 | Current Period | | 01/21/2008 | | 1 | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 1/24/2008 | JLH | 0.10 | 0.10 | 250.00 | $25.00 | | | Review of Correspondence from V. Ledgewood |

| Post Date | Status | | Entry Date | | Original Post Period | Original Post Year |
|---|---|---|---|---|---|---|
| 01/31/2008 | Current Period | | 01/24/2008 | | 1 | 2008 |

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount |
|---|---|---|---|---|---|
| 1/24/2008 | JLH | 0.80 | 0.80 | 250.00 | $0.00 |
| 2/1/2008 | JLH | 0.20 | 0.20 | 250.00 | $50.00 |
| 2/14/2008 | JLH | 0.30 | 0.30 | 250.00 | $75.00 |
| 2/19/2008 | JLH | 0.10 | 0.10 | 250.00 | $25.00 |

Narrative:  
Review of Correspondence from V. Ledgewood; Revise Company Status Report; Preparation of Settlement Schedules  
Preparation of Correspondence RBS Regarding Status of Wilkinson Settlement  
Review of Correspondence Regarding Status of Wilkinson Settlement  
Review of Correspondence from V. Ledgewood  
Review of Correspondence from D. Pulchalski  
Check Docket

### Billed Time Totals

| Hours Worked | Hours On Bill | Amount |
|---|---|---|
| 36.10 | 33.40 | $7,858.00 |

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 11/17/2007 | $13.53 | SD | Special Delivery |
| 12/21/2007 | $219.80 | 7100 | Check sent to Jennings Sigmond in error. Should have gone to Ferry, Joseph and Pearce, P.A. for Local Councel bill The check was already deposited in Jennings Account therfore we cut a check and sent it to Ferry,Joseph on Dec.27, 2007 Check # 37926 |

| Post Date | Status | Entry Date | Original Post Period | Original Post Year |
|---|---|---|---|---|
| 01/11/2008 | Current Period | 12/01/2007 | 12 | 2007 |

### Billed Expenses Totals

$233.33

Report ID: OT2025 - 17030
Monday, April 14, 2008

# Jennings Sigmond, P.C.
## Time And Expense Details

Beginning To End

Printed By MHT
Page 6

| Report Totals | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| | 40.20 | 37.50 | $8,883.00 | $258.33 | $9,141.33 |

*** End Of Report ***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE (WILMINGTON)

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTS UNION LOCAL NO. 1 OF DE/PA WELFARE FUND, et al.<br><br>Plaintiffs<br><br>v.<br><br>EDWARD WILKINSON CO., INC.<br><br>Defendant | :<br>:<br>:<br>:<br>: Civil Action No. 07- 145 (GMS)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## JENNINGS SIGMOND ATTORNEYS' FEES – APRIL 2008

**JLH = Jennifer L. Hope**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 4/03/08 | JLH | Preparation of letter to Company<br>Preparation of correspondence to V.Ledgerwood re: Updated damage calculations<br>Preparation of correspondence to C. Mascussi re: same | 0.7 |
| 4/04/08 | JLH | Preparation of letter to Attorney re: Pro Hac admission<br>Memo to file | 0.4 |
| 4/09/08 | JLH | Review correspondence from client re: damages<br>Preparation of correspondence to client re: same | 0.2 |
| 4/11/08 | JLH | Review updated damages<br>Preparation of Correspondence re: same | 0.5 |
| 4/14/08 | JLH | Review updated employer status record<br>Phone conference with D. Puchalski regarding Hearing<br>Preparation for hearing<br>Preparation of Correspondence to local counsel<br>Preparation of Updated Attorneys Fees and Costs<br>Preparation of Revised Order | 1.3 |

| 4/15/08 | JLH | PO Examination of witness | 3.8 |
| | | Preparation of Exhibits | |
| | | Conference with client | |
| | | Conference with local counsel and client | |
| | | Attend hearing in Wilmington, DE | |
| | | **TOTAL** | **6.9** |

**Summary**

| 6.9 Hrs. x $250 /hour | = | $ 1725.00 |
| 01/07-03/08 Total | = | $ 8,883.00 |
| Fees through 03/08 | = | $   258.33 |
| **TOTAL** | = | **$10,866.33** |